# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-20521-BLOOM/Otazo-Reyes

BEVERLEY B. SCHOTTENSTEIN,
Individually and as Co-Trustee Under the
Beverley B. Schottenstein Revocable
Trust U/A/D April 5, 2011, as Amended,

Petitioner,

v.

J.P. MORGAN SECURITIES, LLC;
EVAN A. SCHOTTENSTEIN; and
AVI E. SCHOTTENSTEIN,

Respondents.
_____/



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By __Patrick Edwards__
Deputy Clerk
Date __Mar 28, 2023__

## AMENDED FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Petitioner Beverley B. Schottenstein's Updated Request for Prejudgment Interest on Compensatory Damages, Costs and Attorneys' Fees, ECF No. [108] ("Request"). The Court ordered that Petitioner submit the updated Request in its Order Granting in Part Petitioner's Motion to Determine Prejudgment Interest and Attorneys' Fees. ECF No. [107]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner shall recover $10,257,459.38, from Respondent Evan Schottenstein

    a. $9,000,000.00 in compensatory damages

    b. $489,946.60 in prejudgment interest on compensatory damages

    c. $554,075.75 in attorneys' fees

    d. $172,630.50 in costs incurred during arbitration

Case No. 21-cv-20521-BLOOM/Otazo-Reyes

      e. $9,397.75 in prejudgment interest on costs incurred during arbitration

      f. $1,245.72 in costs incurred in confirmation proceedings

2. The Clerk is **DIRECTED** to deliver this Order and the complete record, to include this Court's Order Granting in Part Petitioner's Motion to Determine Prejudgment Interest and Attorneys' Fees, ECF No. [107], to the Eleventh Circuit Court of Appeals for further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 4, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record
Clerk of the Eleventh Circuit Court of Appeals